■ In the Matter of NEW YORK DIET DRUG LITIGATION. CLARA APPEL-HOLE et al., Plaintiffs, v WYETH-AYERST LABORATORIES et al., Defendants. PARKER & WAICHMAN, LLP, Intervenor-Appellant, v PAUL J. NAPOLI et al., Respondents. [839 NYS2d 917]—Appeal from order, Supreme Court, New York County (Helen E. Freedman, J.), entered December 2, 2003, unanimously withdrawn, and the motion to withdraw the appeal granted. No opinion. Order filed. Concur—Mazzarelli, J.P., Sullivan, Nardelli and Gonzalez, JJ.

■ SILVIANO GARCIA, Appellant, v THE SPENCE SCHOOL et al., Respondents. (And a Third-Party Action.) [839 NYS2d 918]—Appeal from order, Supreme Court, New York County (Edward H. Lehner, J.), entered January 12, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Sullivan, Buckley, Sweeny and Catterson, JJ.